# United States District Court
## *Southern District of Georgia*

Willie Jones

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV414-263

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 2, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Jones' 2255 petition. This action stands closed.

| March 2, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |